IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY SCOTT PERKINS**                                          **PLAINTIFF**

v.                       **CASE NO. 4:17-CV-00683 BSM**

**DOC HOLIDAY, Sheriff,**
**Pulaski County Sheriff's Office, et al.**                           **DEFENDANTS**

## ORDER

The recommended partial disposition [Doc. No. 10] submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful consideration and review of the record, the recommended partial disposition is adopted in its entirety. Accordingly, Perkins may proceed on his claims for excessive force against transport officer John Doe, C.O. Braxton, and Sergeant Atwood in their individual capacities. The clerk is directed to prepare a summons for Braxton and Atwood. The U.S. Marshal is directed to serve the summons, complaint [Doc. No. 5], and this order on Braxton and Atwood at the Pulaski County Detention Facility, 3201 West Roosevelt Road, Little Rock, Arkansas 72204 without prepayment of fees and costs or security therefor. All other claims are dismissed without prejudice. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of May 2018.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE