# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TIMOTHY SCOTT PERKINS**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #145451**

**v.**　　　　　　**NO: 4:17-CV-00683 BSM-PSH**

**ATWOOD, Sergeant,**
**Pulaski County Sheriff's Office, et al.**　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The recommended partial disposition [Doc. No. 37] submitted by Magistrate Judge J. Thomas Ray has been received. No objections were filed. After careful review of the record, the recommended partial disposition is adopted in its entirety. Accordingly, Perkins's motion for summary judgment [Doc. No. 25] is denied. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of November 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE