IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY SCOTT PERKINS**                                       **PLAINTIFF**

v.                 **CASE NO. 4:17-CV-00683 BSM**

**DENISE ATWOOD, Sergeant,**
**Pulaski County Sheriff's Office, et al.**                            **DEFENDANTS**

## ORDER

United States Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 66] is adopted, and Timothy Scott Perkins's motion for temporary restraining order [Doc. No. 63] is denied. An *in forma pauperis* appeal from this order would not be in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE