IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY SCOTT PERKINS**                                                              **PLAINTIFF**

v.                                    **CASE NO. 4:17-CV-00683-BSM**

**DENISE ATWOOD, Sergeant,**
**Pulaski County Sheriff's Office,** *et al.*                                **DEFENDANT**S

## ORDER

The recommended partial disposition [Doc. No. 83] submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Perkins's claims against Sean Rogers, Jernicia Gibbs, John Conklin, Anthony Braxton, Zach Thompson, and Denise Atwood, in their individual capacities may proceed to jury trial.

IT IS SO ORDERED this 29th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE