IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY SCOTT PERKINS**　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　**CASE NO. 4:17-CV-00683-BSM**

**DENISE ATWOOD, Sergeant,**
**Pulaski County Sheriff's Office,** *et al.*　　　　　　　　**DEFENDANT**S

## ORDER

This case is dismissed with prejudice pursuant to the settlement reached at the conference held before Magistrate Judge J. Thomas Ray. *See* Doc. No. 96.

IT IS SO ORDERED this 8th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE