IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY SCOTT PERKINS**                                       **PLAINTIFF**

v.                      **CASE NO. 4:17-CV-00683-BSM**

**DENISE ATWOOD, Sergeant,**
**Pulaski County Sheriff's Office,** *et al.*                          **DEFENDANTS**

## JUDGEMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE